IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEMOND DAVIS                                                                    PLAINTIFF

v.                         No. 4:20-cv-1432-DPM

SHARESE HANDIE, Department of Human
Services Case Worker; FERRIS MCCLANE,
Carlisle Police Officer; BRITT LITTLE,
Faulkner County Police Officer;
RODNEY FORD, Arkansas Community
Correction; J. RAMM, Lonoke County
Sheriff; BIRC MORELEDGE, Lonoke
County Public Defender; KIM LLOYD,
Lonoke County Probation/Parole Supervisor;
ROB BERRY, Lonoke County Public Defender;
ROBBY GOLDEN, Lonoke County Public
Defender; BARBARA ELMORE, Lonoke
District Court Judge; BRIDGETTE RAPPOLD,
Lonoke County DHS Supervisor; LONOKE
DEPARTMENT OF HUMAN SERVICES;
LONOKE COUNTY OFFICE OF CHILD SUPPORT;
LONOKE COUNTY SHERIFF DEPARTMENT;
FAULKNER COUNTY DETENTION
CENTER; and
CARLISLE POLICE DEPARTMENT                                                  DEFENDANTS

## JUDGMENT

Davis's complaint is dismissed without prejudice.

- 2 -

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 January 2021